1
2
3
4
5
6
7
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
8

9 | URSULA GANZ

| | CASE NO:
| Plaintiff(s), | 2:13−cv−00984−MMM−JCG
10

11 | v.

| J LUIS RUIZ D D S INC , et al. | ORDER DISMISSING CIVIL
| | ACTION
12

13

14 | Defendant(s).

15

16

17     THE COURT having been advised by counsel that the above−entitled action has

18  been settled;

19     IT IS THEREFORE ORDERED that this action is hereby dismissed without costs

20  and without prejudice to the right, upon good cause shown within **30 days**, to re−open

21  the action if settlement is not consummated.  This Court retains full jurisdiction over

22  this action and this Order shall not prejudice any party to this action.

23

24     **IT IS SO ORDERED.**

25  DATED: April 2, 2013

26  _____
     Margaret M. Morrow
27     United States District Judge

28

−1−